NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone:  559-486-4500
Facsimile:  559-486-4533
Email:  nfreyeslaw@gmail.com

Attorney for Defendant
JOSE NICOLAS OLIVAS ZAZUETA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:14-CR-00167-LJO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| JOSE NICOLAS OLIVAS ZAZUETA | |
| Defendant. | |

    Defendant, JOSE NICOLAS OLIVAS ZAZUETA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, MICHAEL FRYE, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Tuesday, January 19, 2016, at 8:30a.m. be continued to Monday, January 25, 2016 at 8:30 a.m. in the courtroom for the Honorable Lawrence J. O'Neill, District Judge.

    The continuance is necessary and good cause exists because defendant just completed his Safety Valve Debriefing yesterday.   Counsel now requires the necessary time to prepare and file Sentencing Memorandums and translate defendant's character reference letters.

1

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 01/14/2016

/s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant

**IT IS SO STIPULATED**

Dated:01/14/2016

/s/ Michael Frye
MICHAEL FRYE
Assistant U.S. Attorney

**IT IS SO ORDERED**

Dated: _1/14/2016

/s/ Lawrence J. O'Neill
JUDGE LAWRENCE J. O'NEILL

2